UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re: CHAPTER 7 CASE

Cassie Fay Busch CASE NO. 09-37460

Debtor(s). ORDER

_____

The above entitled matter came before the court on the motion of Mortgage Electronic Registration Systems, Inc. its successors and/or assigns as nominee for US Bank N.A. (hereinafter "Movant"), seeking relief from the stay of actions imposed by 11 U.S.C. § 362. Based upon all of the files and records,

IT IS HEREBY ORDERED:

1. That Movant, its assignees and/or successors in interest, is granted relief from the stay of actions imposed by 11 U.S.C. § 362 with regard to that certain mortgage deed dated November 21, 2008, executed by Cassie Busch unmarried, covering real estate located in Olmsted County, Minnesota, legally described as follows, to wit:

> The West 46 feet of Lot 11 and the E 20 feet of Lot 12 Stewart's Woodlawn Addition to the City of Steartville, Olmsted County Minnesota and commencing at the NE corner of Lot 10 in Stewart's Woodlawn Addition to the Village (now city) of Stewartville, thence West 120 feet along the North Line of Stewart's Woodlawn Addition to the Village of Stewartville, Thence East parallel with the North line of Said Stewart's Woodlawn Addition 120 feet thence South 60 feet to the place of beginning

and may pursue its remedies under state law in connection with the subject note and mortgage deed.

2. That notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this Order is effective immediately.

Dated: January 25, 2010

/e/ Dennis D. O'Brien
_____
Judge of Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/25/2010*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk